| AO-10<br>Rev. 1/2002 | **FINANCIAL DISCLOSURE REPORT**<br><br>Calendar Year 2003 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Daniel, Wiley Y | 2. Court or Organization<br><br>U.S. District Court, Colorado | 3. Date of Report<br><br>5/1/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Article III Judge Active | 5. ReportType (check appropriate type)<br><br>○ Nomination, Date<br><br>○ Initial  ● Annual  ○ Final | 6. Reporting Period<br><br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>U.S. District Court<br>901 19th St., A.1038<br>Denver, Colorado 80294 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part
> where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE  - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee and Chair | Iliff School of Theology |
| 2. | Member of Part-time faculties | University of Denver and Colorado Law Schools |
| 3. | Director | The Bridge Project |
| 4. | Board Member | American Inns of Court Foundation |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ NONE  - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2003 | Gorsuch, Kirgis, former firm payments |

FINANCIAL DISCLOSURE OFFICE — RECEIVED MAY 5 11 47 AM '04

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

☐ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | 2003 | University of Denver College of Law for Teachng | 2,800.00 |
| 2. | 2003 | University of Colorado School of Law for Teaching | 5,000.00 |
| 3. | 2003 | Stanley British Primary School | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Daniel, Wiley Y | 5/1/2004 |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Law Educatioin Institute, Inc. | CLE Speaker, Snomasss, CO, 1/6-1/9 (Lodging) |
| 2. | Federal Judges Association | FJA Executive Committee Meeting, Washington, D.C. (2/1-2/3-Transportation, Food & Lodging) |
| 3. | Federal Judges Association | FJA Board Meeting, Washington, D.C. (5/3-5/5- Transportation, Food & Lodging) |
| 4. | National Judicial College | NJC CLE Program, Reno, NV (5/13-5/16- Transportation, Food & Lodging) |
| 5. | National Employment Lawyers Assn. | 14th Annual Convention in Vail, CO (6/26-6/28-Food & Lodging) |
| 6. | Federal Judges Association | International Assn of Judges Conference, Vienna, Austria (11/8-11/14-Transportation & Lodging) |
| 7. | | |
| 8. | | |
| 9. | | |
| 10. | | |
| 11. | | |
| 12. | | |
| 13. | | |
| 14. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☐ NONE - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | NONE | | |

# FINANCIAL DISCLOSURE REPORT

| | |
|---|---|
| Name of Person Reporting | Date of Report |
| Daniel, Wiley Y | 5/1/2004 |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE  - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Country Wide Mortgage | Mortgage for Property in Frisco, CO | L |
| 2. | College Student Loan Repayments | College Expenses for ███ | J |

| Name of Person Reporting | Date of Report |
|---|---|
| Daniel, Wiley Y | 5/1/2004 |

## VII. INVESTMENTS and TRUSTS  – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. If not exempt from disclosure (2) Date: Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE  (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Gorsuch, Kirgis former partner buy-out | C | Distribution | J | T | | | | | |
| 2. Frisco, Colorado real property | C | Rent | K | W | | | | | |
| 3. Charles Schwab & Co--See attached sheet for transactions | C | None | M | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = $More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Daniel, Wiley Y | 5/1/2004 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

None

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Daniel, Wiley Y | 5/1/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮        Date _May 1, 2004_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY
BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

Daniel, Wiley Y.
Financial Disclosure Report - Calendar year 2003
Prepared March 4, 2004

| Description of Assets | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Amount Code | Type | Value Code | Value Method | Type | Date | Value Code | Gain Code | Private transaction |
| Charles Schwab IRA | | | | | | | | | |
| Mutual Fund Holdings: | | | | | | | | | |
| - Merger | A | Dividend | J | T | | | | | |
| - Oakmark Select | A | Dividend | J | T | | | | | |
| - American Century Real Estate | A | Div/Cap Gn | J | T | | | | | |
| - RS Diversified Growth | None | N/A | J | T | | | | | |
| - Third Avenue Small Cap Value | A | Div/Cap Gn | J | T | | | | | |
| - TCW Galileo Select | None | N/A | J | T | | | | | |
| - Artisan International | A | Dividend | J | T | | | | | |
| - Oakmark International | A | Dividend | J | T | | | | | |
| - Montgomery Emerging Markets Focus | A | Dividend | J | T | | | | | |
| - Loomis Sayles Bond | B | Dividend | K | T | | | | | |
| - Schwab Money Market Fund | A | Dividend | J | T | | | | | |
| - Berkshire Hathaway | None | N/A | J | T | | | | | |
| Charles Schwab joint brokerage account | | | | | | | | | |
| - Schwab Value Advantage | A | Dividend | N/A | N/A | Sale | 9/9/2003 | K | N/A | N/A |
| - Schwab Money Market Fund | A | Dividend | J | T | | | | | |